**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GATOR TAIL, LLC** | **CASE NO. 08-CV-124** |
| **V.** | **JUDGE BRADY** |
| **GO-DEVIL MANUFACTURING CO. OF LA., INC. D/B/A GO-DEVIL MANUFACTURERS OF LOUISIANA, INC.** | **MAGISTRATE NOLAND** |

# KYLE BROUSSARD AND GATOR TAIL, L.L.C.'S ANSWER AND AFFIRMATIVE DEFENSES TO COUNTERCLAIM

Come now, Counter Defendants, Kyle Broussard and Gator Tail, L.L.C. (hereinafter referred to as "Counter Defendants"), and file this their answer and affirmative defenses to Defendant/Counter Plaintiff's counterclaims as follows:

1. Counter Defendants admit the allegations in paragraph 29 of the counterclaim.

2. Counter Defendants admit the allegations in paragraph 30 of the counterclaim.

3. Counter Defendants admit the allegations in paragraph 31 of the counterclaim.

4. Counter Defendants deny the allegations in paragraph 32 of the counterclaim, except that an actual and justiciable controversy exists between Gator Tail and Go-Devil.

5. Counter Defendants deny the allegations in paragraph 33 of the counterclaim as to Broussard because Broussard is not a plaintiff in this action. Counter Defendants admit the allegations in paragraph 33 as to Gator Tail.

6. Counter Defendants deny the allegations in paragraph 34 of the counterclaim as to Broussard because Broussard is not a plaintiff in this action. Counter Defendants admit the allegations in paragraph 34 as to Gator Tail.

7. Counter Defendants deny the allegations in paragraph 35 of the counterclaim.

8. Counter Defendants deny the allegations in paragraph 36 of the counterclaim as to Broussard because Broussard is not a plaintiff in this action. Counter Defendants deny the

allegations in paragraph 36 as to Gator Tail except that an actual and justiciable controversy exists between Gator Tail and Go-Devil.

9. Counter Defendants deny the allegations in paragraph 37 of the counterclaim.

10. Counter Defendants deny the allegations in paragraph 38 of the counterclaim.

11. Counter Defendants deny the allegations in paragraph 39 of the counterclaim as to Broussard because Broussard is not a plaintiff in this action. Counter Defendants deny the allegations in paragraph 39 as to Gator Tail except that an actual and justiciable controversy exists between Gator Tail and Go-Devil.

12. Counter Defendants deny the allegations in paragraph 40 of the counterclaim.

13. Counter Defendants deny the allegations in paragraph 41 of the counterclaim.

14. Counter Defendants deny the allegations in paragraph 42 of the counterclaim as to Broussard because Broussard is not a plaintiff in this action. Counter Defendants deny the allegations in paragraph 42 as to Gator Tail except that an actual and justiciable controversy exists between Gator Tail and Go-Devil.

15. Counter Defendants deny the allegations in paragraph 43 of the counterclaim.

16. Counter Defendants deny the allegations in paragraph 44 of the counterclaim.

17. Counter Defendants deny the allegations in paragraph 45 of the counterclaim as to Broussard because Broussard is not a plaintiff in this action. Counter Defendants deny the allegations in paragraph 45 as to Gator Tail except that an actual and justiciable controversy exists between Gator Tail and Go-Devil.

18. Counter Defendants deny the allegations in paragraph 46 of the counterclaim.

19. Counter Defendants deny the allegations in paragraph 47 of the counterclaim.

20. Counter Defendants deny the allegations in paragraph 48 of the counterclaim as to Broussard because Broussard is not a plaintiff in this action. Counter Defendants deny the

allegations in paragraph 48 as to Gator Tail except that an actual and justiciable controversy exists between Gator Tail and Go-Devil.

21. Counter Defendants deny the allegations in paragraph 49 of the counterclaim.

22. Counter Defendants deny the allegations in paragraph 50 of the counterclaim.

23. Counter Defendants deny the allegations in paragraph 51 of the counterclaim as to Broussard because Broussard is not a plaintiff in this action. Counter Defendants deny the allegations in paragraph 51 as to Gator Tail except that an actual and justiciable controversy exists between Gator Tail and Go-Devil.

24. Counter Defendants deny the allegations in paragraph 52 of the counterclaim.

25. Counter Defendants cannot admit or deny the allegations in the first sentence of paragraph 53 because it is unclear to whom the allegations refer.

26. Counter Defendants deny the allegations and prayers in paragraph A of the counterclaim.

27. Counter Defendants deny the allegations and prayers in paragraph B of the counterclaim.

28. Counter Defendants deny the allegations and prayers in paragraph C of the counterclaim.

29. Counter Defendants deny the allegations and prayers in paragraph D of the counterclaim.

30. Counter Defendants deny the allegations and prayers in paragraph E of the counterclaim.

31. Counter Defendants deny the allegations and prayers in paragraph F of the counterclaim.

32. Counter Defendants deny the allegations and prayers in paragraph G of the counterclaim.

## AFFIRMATIVE DEFENSES

33. Counter Defendants assert as an affirmative defense the Counter Plaintiff's failure to state a claim upon which relief can be granted.

34. Counter Defendants assert as affirmative defenses the Counter Plaintiff's acts constituting waiver, estoppel, and laches.

Counter Defendants pray that Counter Plaintiff, Go-Devil Manufacturing Company of Louisiana, Inc., take nothing by way of its counterclaim; that Counter Defendants recover their court costs; and all such other relief to which Counter Defendants may be justly entitled.

Respectfully submitted,

/s/Joel W. Mohrman
**JOEL W. MOHRMAN,** pro hac vice (T.A)
jmohrman@mcglinchey.com
Texas Bar No. 14253500
Federal Bar No. 5161
**McGLINCHEY STAFFORD, PLLC**
1001 McKinney, Suite 1500
Telephone: (713) 520-1900
Facsimile: (713) 520-1025

ATTORNEYS FOR THE PLAINTIFFS/
COUNTER DEFENDANTS

OF COUNSEL:
**JUSTON M. O'BRIEN** (La. Bar Roll No. 26447)
jobrien@mcglinchey.com
**MCGLINCHEY STAFFORD PLLC**
301 Main Street
One American Place 14th Floor
Baton Rouge, LA 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

**ANDERSON L. CAO,** pro hac vice
acao@mcglinchey.com
Texas Bar No. 24031910
Federal Bar No. 30284
**McGLINCHEY STAFFORD, PLLC**
1001 McKinney, Suite 1500
Telephone: (713) 520-1900
Facsimile: (713) 520-1025

## CERTIFICATE OF SERVICE

I certify that on August 21, 2008, a copy of the foregoing was electronically filed using CM/ECF. Notice of this filing will be sent to counsel of record by operation of that system.

/s/Anderson L. Cao

209609.1