UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| KYLE BROUSSARD and GATOR TAIL, L.L.C., | CIVIL ACTION NO.: |
| Plaintiff, | 08-CV-124-JVP-CN |
| VERSUS | |
| GO-DEVIL MANUFACTURING CO. OF LA., INC., d/b/a GO-DEVIL MANUFACTURERS OF LOUISIANA, INC., | |
| Defendant. | |

**AMENDED ANSWER**

Now into Court, through undersigned counsel, comes Go-Devil Manufacturing Company of Louisiana, Inc. ("Go-Devil"), who amends its answer to revise its "Fourth Affirmative Defense – Inequitable Conduct" to add Paragraph 26a as follows:

**Fourth Affirmative Defense – Inequitable Conduct**

26a. In the alternative, if it is found that the Go-Devil products infringed patent '035, then, upon information and belief, plaintiffs failed to disclose to the U.S. Patent and Trademark Office information related to patentability, i.e., sales or offers to sell products manufactured by Go-Devil embodying the invention and products manufactured by Mud Buddy, LLC d/b/a Mud Buddy Manufacturing ("Mud Buddy") embodying the invention more than one year prior to filing a patent application. Upon information and belief, during the prosecution of the patent application leading to the '035 Patent, prior to May 21, 2005, a date more than one year prior to filing the continuation-in-part application that resulted in the '035 Patent, Go-Devil and Mud Buddy made sales and offers to sale of products that Gator-Tail now claims embodied the invention.

WHEREFORE, Go-Devil hereby expressly incorporates the entire contents of its previous answer, affirmative defenses and counter claims, as if specifically plead herein, and prays that all relief requested in its original answer be granted.

Respectfully submitted,

TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P

By /s/ Robin P. Toups______________________

Fredrick R. Tulley, #07534
John P. Murrill, #023878
Robin Price Toups, #030763
451 Florida Street, 8th Floor
P.O. Box 2471
Baton Rouge, LA 70801/70821
Phone: (225) 387-3221
Fax: (225) 346-8049

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2009 a true and correct copy of the Defendant's Amended Answer was electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Joel W. Mohrman
Anderson Cao
McGlinchey Stafford PLLC
1001 McKinney, Suite 1500
Houston, Texas 77002-6420
jmohrman@mcglinchey.com

Baton Rouge, Louisiana, this 21st day of July 2009.

/s/ Robin P. Toups______________________________
Robin P. Toups